IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA PEREZ AS ADMINISTRATRIX OF THE ESTATE OF ANTONI ALVARADO, PLAINTIFF | : : : : | CIVIL ACTION NO.: 3:18-cv-01166-UN4 |
| V. | : : | (HON. JAMES M. MUNLEY) |
| NEW JERSEY MANUFACTURERS INSURANCE GROUP, DEFENDANT | : : : : | JURY TRIAL DEMANDED |

## NOTICE OF SETTLEMENT

**ATTENTION: SYLVIA MURPHY**

Please be advised the parties have reached a settlement of all remaining issues in the above captioned matter.

Date: _6/6/2019_          *Leo P Jackson*

LEO P. JACKSON
607 Monroe Street
Stroudsburg, PA  18360
(570) 421-1066

Counsel for Plaintiff

1

I, LEO P. JACKSON, ESQUIRE, counsel for the Plaintiff, do hereby certify that on this 6th day of June 2019, I caused a true and correct copy of the foregoing to be served upon the following person(s) by electronic filing:

Scott J. Tredwell, Esq.
Mccormick & Priore, P.C.
Four Penn Center
1600 John F. Kennedy Blvd., 8th Fl
Philadelphia, PA  19103

*Leo P Jackson*
LEO P. JACKSON, ESQUIRE