IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA ALVARADO, | : | No. 3:18cv1166 |
|     Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| NEW JERSEY MANUFACTURERS INSURANCE GROUP, | : | |
|     Defendants | : | |

## ORDER OF DISMISSAL

Upon notice to the court by counsel that this case is settled, (Doc. 31), it is hereby ordered that this case is dismissed. The parties have **thirty (30)** days in which to consummate the settlement.

BY THE COURT:

Date: 6/7/19

JUDGE JAMES M. MUNLEY
United States District Court